ORIGINAL

B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>CENTRAL District of CALIFORNIA | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>Renaissance Surgical Arts at Newport Harbor, a Delaware LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1640 Newport Blvd<br>Suite 260<br>Costa Mesa, CA  92627 | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Orange                                                   ZIP CODE<br>                                                                      92627 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7     ☒ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)

☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☒ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### VENUE

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

☒ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
     or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

**FILED**
**JUL 11 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                                     Deputy Clerk

B5

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Renaissance Surgical Arts at

Case No. _____

## TRANSFER OF CLAIM

[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Gary_____
Signature of Petitioner or Representative (State title)

Dr. Gary Reiter         July 11, 2011
Name of Petitioner      Date Signed

Name & Mailing            1901 Westcliff Drive, #9
Address of Individual     Newport Beach, CA 92660
Signing in Representative
Capacity

X _/s/_____ July 11, 2011
Signature of Attorney                Date
Robert P. Goe, Esq.   SBN 137019
**GOE & FORSYTHE, LLP**
Name of Attorney Firm (If any)
18101 Von Karman Avenue
Irvine, CA 92612
Address
(949) 798-2460
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Vascular Resources, Inc.  July 11, 2011
Name of Petitioner         Date Signed

Name & Mailing            Gary Savlov, President
Address of Individual     22972 Arija
Signing in Representative Mission Viejo, CA 92691
Capacity

X _/s/_____ July 11, 2011
Signature of Attorney                Date
Robert P. Goe, Esq.   SBN 137019
**GOE & FORSYTHE, LLP**
Name of Attorney Firm (If any)
18101 Von Karman Avenue
Irvine, CA 92612
Address
(949) 798-2460
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Anthony C. Pings        July 11, 2011
Name of Petitioner      Date Signed

Name & Mailing            6121 North Thesta St
Address of Individual     Suite 301
Signing in Representative Fresno, CA  93710
Capacity

X _/s/_____ July 11, 2011
Signature of Attorney                Date
Robert P. Goe, Esq.   SBN 137019
**GOE & FORSYTHE, LLP**
Name of Attorney Firm (If any)
18101 Von Karman Avenue
Irvine, CA 92612
Address
(949) 798-2460
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dr. Gary Reiter, 1901 Westcliff Drive, #9, Newport Beach, CA 92660 | Loans | 907,515.34 |
| Vascular Resources, Inc., 22972 Arija, Mission Viejo, CA 92691 | Use of equipment | 2,462,492.00 |
| Anthony C. Pings, 6121 N Thesta St, Suite 301, Fresno, CA 93710 | Architectural services | 266,169.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims 3,636,176.34 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor  Renaissance Surgical Arts at

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ | X_____  July 11, 2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
| Dr. Gary Reiter         July 11, 2011 | Robert P. Goe, Esq.   SBN 137019 |
| Name of Petitioner         Date Signed | **GOE & FORSYTHE, LLP** |
|  | Name of Attorney Firm (If any) |
| Name & Mailing    1901 Westcliff Drive, #9 | 18101 Von Karman Avenue |
| Address of Individual  Newport Beach, CA 92660 | Irvine, CA 92612 |
| Signing in Representative | Address |
| Capacity | (949) 798-2460 |
|  | Telephone No. |

| X___/s/_____  7/11/11 | X_____  July 11, 2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
|  | Robert P. Goe, Esq.   SBN 137019 |
| Vascular Resources, Inc.   July 11, 2011 | **GOE & FORSYTHE, LLP** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
|  | 18101 Von Karman Avenue |
| Name & Mailing  Gary Savlov, President | Irvine, CA 92612 |
| Address of Individual  22972 Arija | Address |
| Signing in Representative  Mission Viejo, CA 92691 | (949) 798-2460 |
| Capacity | Telephone No. |

| X_____ | X_____  July 11, 2011 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                Date |
|  | Robert P. Goe, Esq.   SBN 137019 |
| Anthony C. Pings       July 11, 2011 | **GOE & FORSYTHE, LLP** |
| Name of Petitioner         Date Signed | Name of Attorney Firm (If any) |
|  | 18101 Von Karman Avenue |
| Name & Mailing  6121 North Thesta St | Irvine, CA 92612 |
| Address of Individual   Suite 301 | Address |
| Signing in Representative  Fresno, CA 93710 | (949) 798-2460 |
| Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dr. Gary Reiter, 1901 Westcliff Drive, #9, Newport Beach, CA 92660 | Loans | 907,515.34 |
| Vascular Resources, Inc., 22972 Arija, Mission Viejo, CA 92691 | Use of equipment | 2,462,492.00 |
| Anthony C. Pings, 6121 N Thesta St, Suite 301, Fresno, CA 93710 | Architectural services | 266,169.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  3,636,176.34 |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor **Renaissance Surgical Arts at**

Case No. _____

| TRANSFER OF CLAIM |
|---|
| [ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>**Dr. Gary Reiter**        July 11, 2011<br>Name of Petitioner          Date Signed<br><br>Name & Mailing      1901 Westcliff Drive, #9<br>Address of Individual  **Newport Beach, CA 92660**<br>Signing in Representative<br>Capacity | X_____ July 11, 2011<br>Signature of Attorney                   Date<br>Robert P. Goe, Esq.    SBN 137019<br>**GOE & FORSYTHE, LLP**<br>Name of Attorney Firm (If any)<br>18101 Von Karman Avenue<br>**Irvine, CA 92612**<br>Address<br>**(949) 798-2460**<br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>**Vascular Resources, Inc.** July 11, 2011<br>Name of Petitioner          Date Signed<br><br>Name & Mailing      Gary Savlov, President<br>Address of Individual  22972 Arija<br>Signing in Representative Mission Viejo, CA 92691<br>Capacity | X_____ July 11, 2011<br>Signature of Attorney                   Date<br>Robert P. Goe, Esq.    SBN 137019<br>**GOE & FORSYTHE, LLP**<br>Name of Attorney Firm (If any)<br>18101 Von Karman Avenue<br>**Irvine, CA 92612**<br>Address<br>**(949) 798-2460**<br>Telephone No. |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>**Anthony C. Pings**      July 11, 2011<br>Name of Petitioner          Date Signed<br><br>Name & Mailing      6121 North Thesta St<br>Address of Individual   Suite 301<br>Signing in Representative Fresno, CA  93710<br>Capacity | X_____ July 11, 2011<br>Signature of Attorney                   Date<br>Robert P. Goe, Esq.    SBN 137019<br>**GOE & FORSYTHE, LLP**<br>Name of Attorney Firm (If any)<br>18101 Von Karman Avenue<br>**Irvine, CA 92612**<br>Address<br>**(949) 798-2460**<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Dr. Gary Reiter, 1901 Westcliff Drive, #9, Newport Beach, CA 92660 | Loans | 907,515.34 |
| Vascular Resources, Inc., 22972 Arija, Mission Viejo, CA 92691 | Use of equipment | 2,462,492.00 |
| Anthony C. Pings, 6121 N Thesta St, Suite 301, Fresno, CA 93710 | Architectural services | 266,169.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>3,636,176.34 |

_____ continuation sheets attached