# United States Bankruptcy Court

**Central** District Of **California**

In re **Renaissance Surgical Arts at Newport Harbor, LLC,**
      Debtor

Case No. **8:11-bk-19749-ES**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidaated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Vascular Resources Inc. | c/o Robert P. Goe, Esq. Goe & Forsythe, LLP 18101 Von Karman Ave., Ste. 510 Irvine CA 92612 (949) 798-2460 | Trade debt | Unknown | 2200000 |
| Gary Savlov | c/o Robert P. Goe, Esq. Goe & Forsythe, LLP 18101 Von Karman Ave., Ste. 510 Irvine CA 92612 (949) 798-2460 | Loan | Unknown | 345000 |
| Control Air Conditioning | 5200 La Palma Ave. Anaheim, CA 92807 (714) 777-8600 | Subcontractor | Unknown | 282000 |
| Trumpf Group | 415 Jessen Lane Charleston SC 29482 (971) 235-7300 | Trade debt | Unknown | 230000 |
| WoltersKluwer - ProVation Medical | 800 Washington Ave. N. Ste. 400 Minneapolis MN 55401 (612) 313-1500 | Trade debt | Unknown | 193941 |
| Steris Corp. | 5960 Heisley Road Mentor OH 44060-1834 (440) 354-2600 | Trade debt | Unknown | 170760 |

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com

| Creditor | Address | Type | Contingent | Amount |
|---|---|---|---|---|
| McKesson Corporation | 2800 E. Philadelphia St. Ontario CA 91761 (800) 453-5180 | Trade debt | Unknown | 149114 |
| J&J Health Care Systems, Inc. | PO Box 60000 San Francisco CA 94160 (800) 554-7869 | Trade debt | Unknown | 105831 |
| Kendrick, Jackson & Kearl | 2603 Main Street, Suite 700 Irvine CA 92614 (949) 261-6440 | Legal services | Unknown | 100000 |
| Tandem Receivable Solutions | P.O. Box 7362 Woodland Park, CO 80863 (800) 906-8450 | Trade debt | Unknown | 86488 |
| Bard Peripheral Vascular, Inc. | 1415 W. 3d Street, Ste. 109 Tempe AZ 85281 (800) 321-4254 | Trade debt | Unknown | 83875 |
| Quiring Construction | 5118 E. Clinton Way Ste. 201 Fresno CA 93727 (559) 432-2800 | Construction Mgr | Unknown | 70935 |
| Fresno Plumbing | 2585 N. Larkin Ave. Fresno CA 93727 (559) 761-0052 | Subcontractor | Unknown | 69000 |
| Architectural Wood | 5672 E. Dayton Ave. Fresno CA 93727 (559) 292-9104 | Subcontractor | Unknown | 60000 |
| Rumex | 13770 58th ST North Suite 317 Clearwater, FL 33760 (727) 568-0909 | Trade debt | Unknown | 55733 |
| Zeiss | 5160 Hacienda Dr Dublin, CA 94568 (317) 460-6161 | Trade debt | Unknown | 39763 |
| Bausch & Lomb | 26970 Aliso Viejo Parkway Suite 100 Aliso Viejo, CA 92656 (585) 338-6131 | Trade debt | Unknown | 38000 |
| Jani-King of California, Inc. | 500 N State College Blvd Suite 900 Orange, CA 92868 (714) 990-2221 | Services | Unknown | 35038 |
| Boston Scientific | One Boston Scientific Place Natick, MA 07160 (888) 272-1001 | Trade debt | Unknown | 34434 |
| Allergan Sales Inc. | PO Box 19534 Irvine, CA 92623 (949) 387-3690 | Trade debt | Unknown | 33509 |

Date: August 5, 2011

/S/ Bruce Wallace

Debtor
Renaissance Surgical Arts at Newport Harbor, LLC

*[Declaration as in Form 2]*

American LegalNet, Inc.
www.USCourtForms.com