```
 1  PETER C. ANDERSON
    United States Trustee
 2  FRANK CADIGAN (Bar No. 95666)
    Assistant United States Trustee
 3  OFFICE OF THE UNITED STATES TRUSTEE
    RONALD REAGAN FEDERAL BUILDING &
 4      UNITED STATES COURTHOUSE
    411 W. Fourth St., Ste. 9041
 5  Santa Ana, CA 92701-8000
    Telephone:  (714) 338-3400
 6  Facsimile:  (714) 338-3421
    Email: Frank.Cadigan@usdoj.gov
 7
```

|  | UNITED STATES BANKRUPTCY COURT |
|---|---|
|  | CENTRAL DISTRICT OF CALIFORNIA |
|  | SANTA ANA DIVISION |

| In Re: | ) | CHAPTER 11 |
|---|---|---|
|  | ) |  |
| **RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC,** | ) | CASE NO.: **8:11-bk-19749-ES** |
|  | ) | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |
| Debtor. | ) |  |

    Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following five (5) members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT A ATTACHED**

DATED:  8/26/2011        Respectfully submitted,
                         OFFICE OF THE UNITED STATES TRUSTEE

                         /s/ Frank Cadigan
                         _____
                         FRANK CADIGAN
                         ASSISTANT U.S. TRUSTEE

| | |
|---|---|
| 1 | IN RE:    **RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC** |
| 2 | CASE NO.: **8:11-bk-19749-ES** |
| 3 | |
| 4 | Control Air Conditioning Corporation<br>c/o  Jeffrey D. Hook, Esq.<br>Salamirad Morrow P.C. |
| 5 | 19200 Von Karman Avenue, Suite 400<br>Irvine, CA 92612 |
| 6 | Phone (949) 477-8068<br>Fax (949) 477-8069 |
| 7 | |
| 8 | ProVation Medical, Inc. |
| 9 | Mark Zimmerman<br>800 Washington Ave. North |
| 10 | Suite 400<br>Minneapolis, MN 55401 |
| 11 | Phone (612) 215-8114<br>Fax (612) 313-1592 |
| 12 | |
| 13 | Dr. Dan Tran |
| 14 | c/o Christopher L. Blank, Esq.<br>4675 MacArthur Court |
| 15 | Suite 550<br>Newport Beach, CA 92660 |
| 16 | Phone (949) 250-4600<br>Fax (949) 250-4604 |
| 17 | |
| 18 | William E. Broza<br>30872 Calle Moraga |
| 19 | Laguna Niguel, CA 92677<br>Phone (949) 584-2313 |
| 20 | No fax listed |
| 21 | |
| 22 | Anthony C. Pings & Associates<br>Anthony C. Pings |
| 23 | 6121 N. Thesta<br>Suite 301 |
| 24 | Fresno, CA 93710<br>Phone (559) 439-0700 |
| 25 | Fax (559) 439-0708 |
| 26 | |
| 27 | **EXHIBIT A** |
| 28 | |

-2-

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 411 W. Fourth St., Ste. 9041, Santa Ana, CA 92701

A true and correct copy of the foregoing document described **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael D Good    mgood@southbaylawfirm.com

II. **SERVED BY U.S. MAIL AND OVERNIGHT MAIL(indicate method for each person or entity served):**

On August 26, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Renaissance Surgical Arts at Newport Harbor, LLC, 1640 Newport Blvd., Costa Mesa, CA 92627

Control Air Conditioning Corp., c/o Jeffrey D. Hook, Esq., Salamirad Morrow P.C., 19200 Von Karman Ave., Ste. 400, Irvine, CA 92612

ProVation Medical, Inc., Mark Zimmerman, 800 Washington Ave. North, Suite 400, Minneapolis, MN 55401

Dr. Dan Tran, c/o Christopher L. Blank, Esq., 4675 MacArthur Court, Suite 550, Newport Beach, CA 92660

William E. Broza, 30872 Calle Moraga,Laguna Niguel, CA 92677

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 26, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe Smith – Bin outside room 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/26/11 | Dinah Grosch | /s/ Dinah Grosch |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**