ELECTRONICALLY FILED

SOUTH BAY LAW FIRM
MICHAEL D. GOOD (SBN 176033)
21535 Hawthorne Blvd., Suite 210
Torrance, California 90503
Telephone:    (310) 373-2075
Facsimile:    (310) 356-3229
mgood@southbaylawfirm.com

[Proposed] Counsel for Debtor and Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Renaissance Surgical Arts at Newport Harbor, LLC,<br><br>          Debtor in Possession. | Case No.      8:11-bk-19749-SC<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE:**<br><br>**(1) NOTICE OF SETTING/ INCREASING INSIDER COMPENSATION (KATHRYN WALLACE);**<br><br>**(2) NOTICE OF SETTING/ INCREASING INSIDER COMPENSATION (BRUCE WALLACE);**<br><br>**(3) NOTICE OF SETTING/ INCREASING INSIDER COMPENSATION (RENAISSANCE SURGICAL ARTS MANAGEMENT AT NEWPORT HARBOR, LLC)**<br><br>**(4) APPLICATION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING THE EMPLOYMENT OF XROADS SOLUTIONS GROUP, LLC AS FINANCIAL/RESTRUCTURING ADVISORS AND CHIEF RESTRUCTURING OFFICER**<br><br>Date:      September 22, 2011<br>Time:     10:00 a.m.<br>Place:    Courtroom "5C"<br>          411 W. Fourth Street<br>          Santa Ana, CA |

///

///

South Bay Law Firm
21535 Hawthorne Blvd. Ste. 210
Torrance CA 90503

PRINTED ON
RECYCLED PAPER

NOTICE OF HEARING RE: (1) SETTING/INCREASING INSIDER COMPENSATION; (2) APPLICATION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING THE EMPLOYMENT OF XROADS SOLUTIONS GROUP, LLC

**ELECTRONICALLY FILED**

**South Bay Law Firm**
21535 Hawthorne Blvd. Ste. 210
Torrance CA 90503

1    **TO THE HONORABLE SCOTT C. CLARKSON, THE OFFICE OF THE UNITED**

2    **STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

3    **PLEASE TAKE NOTICE** that a hearing in the above-captioned Chapter 11 case

4    will be held on September 22, 2011 at 10:00 a.m. in Courtroom "5C" of the Ronald Reagan Federal

5    Building and Courthouse, located at 411 W. Fourth Street, Santa Ana, CA, to consider:

6         1.   The "Notice Of Setting/ Increasing Insider Compensation" previously served on

7              behalf of Kathryn Wallace (appended hereto as Exhibit "1");

8         2.   The "Notice Of Setting/ Increasing Insider Compensation" previously served on

9              behalf of Bruce Wallace (appended hereto as Exhibit "2");

10        3.   The "Notice Of Setting/ Increasing Insider Compensation" previously served on

11             behalf of Renaissance Surgical Arts Management at Newport Harbor (appended

12             hereto as Exhibit "3"); and

13        4.   The "Application Of The Debtor And Debtor In Possession For Order

14             Authorizing The Employment Of Xroads Solutions Group, LLC As

15             Financial/Restructuring Advisors And Chief Restructuring Officer"

16             ("Application") previously filed and noticed by Renaissance Surgical Arts

17             Management at Newport Harbor, LLC ("Renaissance") with respect to XRoads

18             Solutions, LLC ("XRoads") [Docket Entry No's. 35 and 36, respectively].

19   **PLEASE TAKE FURTHER NOTICE** that by the above-referenced Notices of

20   Setting/Increasing Insider Compensation Renaissance proposes to pay insider compensation as

21   respectively set forth therein.

22   **PLEASE TAKE FURTHER NOTICE** that by the above-referenced Application,

23   Renaissance proposes to employ XRoads under the terms and conditions set forth therein, but

24   subject to the following modifications (as subsequently discussed with and agreed to with the Office

25   of the United States Trustee):

26        1.   Notwithstanding the Restructuring Performance Fee provisions set forth in

27             Section 2.e.i. of XRoads' July 25, 2011 engagement agreement with the Debtor

28

PRINTED ON
RECYCLED PAPER

NOTICE OF HEARING RE: (1) SETTING/INCREASING INSIDER
COMPENSATION; (2) APPLICATION OF THE DEBTOR AND
DEBTOR IN POSSESSION FOR ORDER AUTHORIZING THE
EMPLOYMENT OF XROADS SOLUTIONS GROUP, LLC

ELECTRONICALLY FILED

**South Bay Law Firm**
**21535 Hawthorne Blvd. Ste. 210**
**Torrance CA 90503**

1   (which engagement agreement is attached as Exhibit B to the Application) (the

2   "XRoads' Engagement Agreement"), Restructuring Performance Fees shall be

3   payable to XRoads for Restructurings (as defined in the XRoads' Engagement

4   Agreement) as follows:

> If Restructurings (as defined in the XRoads' Engagement
> Agreement) are consummated during the term of XRoads
> engagement with the Debtor, or within Tail Period (as defined
> in the XRoads' Engagement Agreement) that involves any
> party with whom the Debtor or XRoads had bona fide
> discussions during the course of XRoads engagement
> concerning Restructurings and/or a Sale Transaction (as
> defined in the XRoads' Engagement Agreement ) ("Interested
> Parties"), XRoads shall be entitled to receive restructuring
> performance fees ("Restructuring Performance Fee") based on
> the total cash recovered by the  Debtor's creditors and not the
> face value of the Debtor's  present debt securities and/or other
> indebtedness, obligations or liabilities that are changed.

2.   The Restructuring Performance Fee tranches as set forth in the chart in Section

2.e.i. of XRoads' Engagement Agreement remain as is, other than the title of the

first column thereof which is ordered revised to read as follows: "Amount

Recovered by Company's Creditors (Cumulative Independent Tranches)."

3.   The first sentence of Section 2.e.iii. in XRoads' Engagement Agreement is

revised as follows:

> In the event Restructurings are consummated during the term
> of XRoads' engagement or within the Tail Period involving
> Interested Parties which accumulate to $25,000,000 or more
> recovered by the Debtor's creditors, then XRoads shall
> receive, in addition to the Restructuring Performance Fee, an
> additional incentive fee in the amount of 1% of the total
> recovery paid to the Debtor's creditors ("Restructuring
> Incentive Fee").

4.   XRoads' Restructuring Performance Fees and Restructuring Incentive Fee shall

be subject to review pursuant to the standards set forth in section 330 of the

Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO BANKRUPTCY**

**LOCAL RULE 9013-1(f), EACH INTERESTED PARTY OPPOSING, JOINING, OR**

PRINTED ON
RECYCLED PAPER

NOTICE OF HEARING RE: (1) SETTING/INCREASING INSIDER
COMPENSATION; (2) APPLICATION OF THE DEBTOR AND
DEBTOR IN POSSESSION FOR ORDER AUTHORIZING THE
EMPLOYMENT OF XROADS SOLUTIONS GROUP, LLC

1  RESPONDING TO THE MOTION MUST FILE AND SERVE ON THE MOVING PARTY

2  AND THE UNITED STATES TRUSTEE NOT LATER THAN 14 DAYS BEFORE THE

3  DATE DESIGNATED FOR HEARING A COMPLETE WRITTEN STATEMENT OF ALL

4  REASONS IN OPPOSITION THERETO OR IN SUPPORT OR JOINDER THEREOF,

5  DECLARATIONS AND COPIES OF ALL PHOTOGRAPHS AND DOCUMENTARY

6  EVIDENCE ON WHICH THE RESPONDING PARTY INTENDS TO RELY, AND ANY

7  RESPONDING MEMORANDUM OF POINTS AND AUTHORITIES. THE OPPOSING

8  PAPERS MUST ADVISE THE ADVERSE PARTY THAT ANY REPLY TO THE

9  OPPOSITION MUST BE FILED WITH THE COURT AND SERVED ON THE OPPOSING

10 PARTY NOT LATER THAN 7 DAYS PRIOR TO THE HEARING ON THE MOTION.

11

12 DATED: August    , 2011                          SOUTH BAY LAW FIRM

13

14                                            By:

15                                                 Michael D. Good
                                                 [Proposed] Counsel for Debtor and Debtor-in-
16                                               Possession

17

18

19

20

21

22

23

24

25

26

27

28

South Bay Law Firm
21535 Hawthorne Blvd. Ste. 210
Torrance CA 90503

PRINTED ON
RECYCLED PAPER

NOTICE OF HEARING RE: (1) SETTING/INCREASING INSIDER
COMPENSATION; (2) APPLICATION OF THE DEBTOR AND
DEBTOR IN POSSESSION FOR ORDER AUTHORIZING THE
EMPLOYMENT OF XROADS SOLUTIONS GROUP, LLC

**ELECTRONICALLY FILED**

# Exhibit "1"

Attorney Name, Address, Telephone and FAX
William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE, APC
9900 Research Drive
Irvine, CA 92618
T. (949) 387-4300 F.(800) 722-8196
Counsel for Kathryn Wallace

File with U.S. TRUSTEE Only

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC**

Debtor(s)

Chapter 11 Case Number:

8:11-bk-19749-SC

## NOTICE OF SETTING/INCREASING INSIDER COMPENSATION

| | |
|---|---|
| 1. Name of Insider: | Kathryn Wallace |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Spouse of Debtor's CEO |
| 3. Date when relationship with Debtor commenced: | June 2007 |
| 4. Position title: | Vice President of Product Development |
| 5. Position Description: | Supervise all company day to day operations with an emphasis on physician retention, case and program development, human resources supervision and compliance, marketing and media communications. |
| 6. Assigned Duties: | Human resources supervision and compliance, retention and maintenance physicians, develop surgical practices, general operations coordination, vendor negotiations, marketing and related activities. |
| 7. Date employed in current position: | June 2007 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | NA |
| 9. Number of hours worked per week: | Full Time (usually in excess of 60 hours) |
| 10. Total amount of compensation and payment interval: | $5,000 – Bi-Monthly |
| 11. Breakdown of compensation (specify amount and payment interval). | |
| Salary: | $5,000 – Bi-Monthly |

Revised February 2002          INSIDER COMPENSATION (Page 1 of 2)          USTLA-12

| | |
|---|---|
| Perquisites (total, detail below): | |
| Car Allowance: | Reimbursements for mileage pursuant to IRS regulations. |
| Medical Insurance: | $1,762.00 |
| Life Insurance: | $2.90 per month for $120,000 coverage |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Renaissance Surgical Arts Management at Newport Harbor, LLC, which is the Manager of debtor Renaissance Surgical Arts at Newport Harbor, LLC |
| 13. Date and amount of last increase in compensation: | None |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Plaza Medical Bank asserts a lien on the Debtor's Accounts Receivable. |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | Forms will be filed with UST only and provided to any party making a request. |
| Compensation: | $15,000 |
| Loans: | NA |
| Perquisites (Specify): | NA |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:

Bruce B. Wallace, CEO

Print Name and Title of Authorized Agent for Debtor          Signature of Authorized Agent for Debtor

---

> Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
> If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
> If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

| | |
|---|---|
| Perquisites (total, detail below): | |
| Car Allowance: | Reimbursements for mileage pursuant to IRS regulations. |
| Medical Insurance: | $1,762.00 |
| Life Insurance: | $2.90 per month for $120,000 coverage |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Renaissance Surgical Arts Management at Newport Harbor, LLC, which is the Manager of debtor Renaissance Surgical Arts at Newport Harbor, LLC |
| 13. Date and amount of last increase in compensation: | None |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Plaza Medical Bank asserts a lien on the Debtor's Accounts Receivable. |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | Forms will be filed with UST only and provided to any party making a request. |
| Compensation: | $15,000 |
| Loans: | NA |
| Perquisites (Specify): | NA |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 8/18/2011

Bruce B. Wallace, CEO

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

Attach proof of service on Creditors' Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
    If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
    If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9900 Research Drive
Irvine, CA 92618

A true and correct copy of the foregoing document described as **NOTICE OF INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *August 17, 2011* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *August 17, 2011* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| August 18, 2011 | William J. Wall | |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                **F 9013-3.1.PROOF.SERVICE**

Page 9

## II. SERVED BY U.S. MAIL

| | |
|---|---|
| Renaissance Surgical Arts at Newport Harbor | 1640 Newport Blvd., Ste. 260 Costa Mesa, CA 92627 |
| United States Trustee - Santa Ana Division | 411 W. Fourth St., Ste 9041 Santa Ana, CA 92701-4593 |
| Michael J. Hauser, Esq. - Office of the United States Trustee | 411 W. Fourth St., Ste 9041 Santa Ana, CA 92701-4593 |

### 20 Largest Unsecured Creditors:

| CREDITOR | ADDRESS |
|---|---|
| Vascular Resources Inc. | 22972 Ariia Mission Viejo, CA 92691 |
| Camilla Lynch Leslie, trustee of the Camilla Lynch Leslie Living Trust | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Cammy Leslie, trustee of the Cammy Leslie Inc. Defined Benefit Pension Plan | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Dan/Wil Trust | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| John and/or Judith DeLong | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Nicholas A Rowson and/or Debra R. Rowson | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Victoria Korporral | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| William E. Broza | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Anil Shah, MD | 2621 S Bristol St, #108, Santa Ana, CA |
| Amer Zarka, MD | 2621 S Bristol St, #108, Santa Ana, CA |
| Rodrigo Covarrubias, MD | 24856 Buckboard Ln, Laguna Hills, CA 92653 |
| Gary Savlov | 22972 Ariia Mission Viejo, CA 92691 |
| Anthony Pings | 6121 N Thesta St Ste 301 Fresno, CA 93710 |
| Control Air Conditioning | 5200 La Palma Ave, Anaheim, CA 92807-2019 |
| Alcon Laboratories | Alcon Laboratories, Inc. P.O. Box 951125 Dallas, TX 75395-1125 |
| Trumpf Group | 415 Jessen Lane Charleston SC 29482 |
| Wolters Kluwer - ProVation Medical | ProVation Medical 800 Washington Ave North Suite 400 Minneapolis, MN 55401 |
| Steris Corp. | 5960 Heisley Road Mentor OH 44060-1834 |
| McKesson Corporation | McKesson Medical Surgical P.O Box 933027 Atlanta, GA 31193-3027 |

[continued]

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*              **F 9013-3.1.PROOF.SERVICE**              **Page 10**

**Secured Creditors:**

| CREDITOR | ADDRESS |
|---|---|
| Plaza Bank of California | c/o Steven Casselberry, Esq. Mark Faulkner, Esq. Michaleman & Robinson, LLP 17901 Von Karman Avenue 10th Fl. Irvine, CA 92614 |
| Phillips Medical Capital, Inc. | 1111 Old Eagle School Road Wayne, PA 19087 |
| Stearns Bank, N.A. | 500 13th Street Albany, MN 55458-0337 |
| US Bancorp | PO Box 580337 Minneapolis, MN 55458-0337 |
| Alcon Laboratories, Inc. | 6201 S. Freeway Fort Worth, TX 76134 |
| Cardinal Health | 7000 Cardinal Place Dublin, OH 43017 |

## III. SERVED VIA EMAIL

- Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Caroline Djang    cdjang@rutan.com
- Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Eric J Fromme    efromme@rutan.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael D Good    mgood@southbaylawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- Thomas E Shuck    malvarado@pmcos.com, malvarado@pmcos.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com, goceguera@wall-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010          **F 9013-3.1.PROOF.SERVICE**          **Page 11**

ELECTRONICALLY FILED

# Exhibit "2"

**ELECTRONICALLY FILED**

| | |
|---|---|
| Attorney Name, Address, Telephone and FAX<br><br>William J. Wall, SBN 203970<br>The Wall Law Office, APC<br>9900 Research Drive<br>Irvine, CA 92618<br>wwall@wall-law.com<br>Telephone: (949) 387-4300 Fax: (800) 722-8196 | File with U.S. TRUSTEE Only |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| | |
|---|---|
| In re:<br><br>Renaissance Surgical Arts at Newport Harbor, LLC<br><br><div align="right">Debtor(s)</div> | Chapter 11 Case Number:<br>8:11-bk-19749-SC |

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insider: | Bruce Wallace |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Officer, Administrator and Membership Holder |
| 3. Date when relationship with Debtor commenced: | June 2010 |
| 4. Position title: | Chief Executive Officer |
| 5. Position Description: | Customary duties of a CEO including but not limited to planning overall company strategy, management recruitment and development; succession planning; corporate policies; public relations; community participation. Mr. Wallace also serves as the Administrator and acting Materials Manager. |
| 6. Assigned Duties: | Same |
| 7. Date employed in current position: | June 2010 |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9. Number of hours worked per week: | Full time (Usually in excess of 80 hours) |
| 10. Total amount of compensation and payment interval: | As determined by debtor's management company, Renaissance Surgical Arts Management at Newport Harbor, LLC, which is paid a management fee by debtor. |
| 11. Breakdown of compensation (specify amount and payment interval. | As determined by debtor's management company, Renaissance Surgical Arts Management at Newport Harbor, LLC, which is paid a management fee by debtor. |
| Salary: | Up to 25,000 per month |

| | |
|---|---|
| Perquisites (total, detail below): | |
| Car Allowance: | N/A |
| Medical Insurance: | N/A |
| Life Insurance: | N/A |
| Business Expenses: | |
| Other (Specify): | |
| 12.  Identify the source of the funds to be used to pay compensations specified in No. 10: | Renaissance Surgical Arts Management at Newport Harbor, LLC, which is the manager of debtor Renaissance Surgical Arts at Newport Harbor, LLC. All revenue of management company is generated by services provided to debtor. |
| 13.  Date and amount of last increase in compensation: | N/A |
| 14.  Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Plaza Medical Bank asserts a lien on the Debtor's Accounts Receivable. Payment to Mr. Wallace will not be made by the Debtor. |
| 15.  Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | N/A |
| Compensation: | $37,500 |
| Loans: | N/A |
| Perquisites (Specify): | N/A |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: August 23, 2011

Bruce.B. Wallace, CEO

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

Attach proof of service on Creditors Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> 9900 Research Drive
> Irvine, CA 92618

A true and correct copy of the foregoing document described as **(2) NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **August 26, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 23, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| August 26, 2011  Gabriela Oceguera | | |
| _Date_                   _Type Name_ | _Signature_ | |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010          **F 9013-3.1.PROOF.SERVICE**

**Page 15**

## II. SERVED BY U.S. MAIL

| | |
|---|---|
| Renaissance Surgical Arts at Newport Harbor | 1640 Newport Blvd., Ste. 260 Costa Mesa, CA 92627 |
| United States Trustee - Santa Ana Division | 411 W. Fourth St., Ste 9041 Santa Ana, CA 92701-4593 |
| Michael J. Hauser, Esq. - Office of the United States Trustee | 411 W. Fourth St., Ste 9041 Santa Ana, CA 92701-4593 |

### 20 Largest Unsecured Creditors:

| CREDITOR | ADDRESS |
|---|---|
| Vascular Resources Inc. | 22972 Ariia Mission Viejo, CA 92691 |
| Camilla Lynch Leslie, trustee of the Camilla Lynch Leslie Living Trust | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Cammy Leslie, trustee of the Cammy Leslie Inc. Defined Benefit Pension Plan | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Dan/Wil Trust | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| John and/or Judith DeLong | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Nicholas A Rowson and/or Debra R. Rowson | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Victoria Korporral | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| William E. Broza | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Anil Shah, MD | 2621 S Bristol St, #108, Santa Ana, CA |
| Amer Zarka, MD | 2621 S Bristol St, #108, Santa Ana, CA |
| Rodrigo Covarrubias, MD | 24856 Buckboard Ln, Laguna Hills, CA 92653 |
| Gary Savlov | 22972 Ariia Mission Viejo, CA 92691 |
| Anthony Pings | 6121 N Thesta St Ste 301 Fresno, CA 93710 |
| Control Air Conditioning | 5200 La Palma Ave, Anaheim, CA 92807-2019 |
| Alcon Laboratories | Alcon Laboratories, Inc. P.O. Box 951125 Dallas, TX 75395-1125 |
| Trumpf Group | 415 Jessen Lane Charleston SC 29482 |
| Wolters Kluwer - ProVation Medical | ProVation Medical 800 Washington Ave North Suite 400 Minneapolis, MN 55401 |
| Steris Corp. | 5960 Heisley Road Mentor OH 44060-1834 |
| McKesson Corporation | McKesson Medical Surgical P.O Box 933027 Atlanta, GA 31193-3027 |

[continued]

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010        F 9013-3.1.PROOF.SERVICE        Page 16

**Secured Creditors:**

| CREDITOR | ADDRESS |
| --- | --- |
| Plaza Bank of California | c/o Steven Casselberry, Esq. Mark Faulkner, Esq. Michaleman & Robinson, LLP 17901 Von Karman Avenue 10th Fl. Irvine, CA 92614 |
| Phillips Medical Capital, Inc. | 1111 Old Eagle School Road Wayne, PA 19087 |
| Stearns Bank, N.A. | 500 13th Street Albany, MN 55458-0337 |
| US Bancorp | PO Box 580337 Minneapolis, MN 55458-0337 |
| Alcon Laboratories, Inc. | 6201 S. Freeway Fort Worth, TX 76134 |
| Cardinal Health | 7000 Cardinal Place Dublin, OH 43017 |

## III.  SERVED VIA EMAIL

- Steven Casselberry   scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Caroline Djang   cdjang@rutan.com
- Mark S Faulkner   mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Eric J Fromme   efromme@rutan.com
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael D Good   mgood@southbaylawfirm.com
- Michael J Hauser   michael.hauser@usdoj.gov
- R G Pagter   gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- Thomas E Shuck   malvarado@pmcos.com, malvarado@pmcos.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- William J Wall   wwall@wall-law.com, goceguera@wall-law.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010          **F 9013-3.1.PROOF.SERVICE**          **Page 17**

ELECTRONICALLY FILED

# Exhibit "3"

| Attorney Name, Address, Telephone and FAX | File with U.S. TRUSTEE Only |
|---|---|
| William J. Wall, SBN 203970<br>The Wall Law Office, APC<br>9900 Research Drive<br>Irvine, CA 92618<br>wwall@wall-law.com<br>Telephone: (949) 387-4300 Fax: (800) 722-8196 | |

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td>In re:<br><br>Renaissance Surgical Arts at Newport Harbor, LLC<br><div align="right">Debtor(s)</div></td><td>Chapter 11 Case Number:<br>8:11-bk-19749-SC</td></tr>
<tr><td><b>NOTICE OF SETTING/INCREASING INSIDER COMPENSATION</b></td><td></td></tr>
</table>

| | |
|---|---|
| 1.  Name of Insider: | Renaissance Surgical Arts Management at Newport Harbor, LLC, ("Management") |
| 2.  Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Professional Health Care Manager pursuant to The Joint Commission |
| 3.  Date when relationship with Debtor commenced: | June 2010 |
| 4.  Position title: | Manager |
| 5.  Position Description: | All duties required by Joint Commission and all of the Health Care regulatory bodies to serve as Manager of Health Care facility |
| 6.  Assigned Duties: | Same |
| 7.  Date employed in current position: | June 2010 |
| 8.  If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | N/A |
| 9.  Number of hours worked per week: | Full time |
| 10.  Total amount of compensation and payment interval: | 6% of net collected revenues, $25,000 of which will be paid monthly and the remainder to be deferred administrative claims as funds are available. Management fee is capped at to $500,000 annually per contract. |
| 11.  Breakdown of compensation (specify amount and payment interval. | |
| Salary: | |
| Perquisites (total, detail below): | |
| Car Allowance: | |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12.  Identify the source of the funds to be used to pay compensations specified in No. 10: | Debtor |
| 13.  Date and amount of last increase in compensation: | NA |
| 14.  Identify any creditor who asserts a security interest (whether or not Debtor disputes the | Plaza Medical Bank asserts a lien on the Debtor's Accounts Receivable. |

| Revised February 2002 | INSIDER COMPENSATION (Page 1 of 2) | USTLA-12 |
|---|---|---|

| validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | |
|---|---|
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | $37,500. Management was also reimbursed for operational costs including but not limited to:<br><br>1) amount sufficient to pay all salaries and benefits to Debtor's personnel;<br>2) all expenses related to insurance;<br>3) debt service on loans taken for the benefit of the surgery center<br>4) various professionals<br><br>NOTE: Management has deferred in excess of $113,000 in fees exclusive of reimbursable costs |
| Compensation: | Renaissance Surgical Arts Management at Newport Harbor, LLC, ("Management") |
| Loans: | N/A |
| Perquisites (Specify): | |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: August 26, 2011

Bruce B. Wallace, CEO

Print Name and Title of Authorized Agent for Debtor          Signature of Authorized Agent for Debtor

Attach proof of service on Creditors Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.
    If this notice pertains to setting compensation, it must be filed and served fifteen days before any pay out of compensation, although compensation may be accrued during this period.
    If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9900 Research Drive
Irvine, CA 92618

A true and correct copy of the foregoing document described as **(2) NOTICE OF SETTING/INCREASING INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 26, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 23, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| August 26, 2011  Gabriela Oceguera | | |
| _Date_ | _Type Name_ | _Signature_ |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

# F 9013-3.1.PROOF.SERVICE

## II. SERVED BY U.S. MAIL

| | |
|---|---|
| Renaissance Surgical Arts at Newport Harbor | 1640 Newport Blvd., Ste. 260 Costa Mesa, CA 92627 |
| United States Trustee - Santa Ana Division | 411 W. Fourth St., Ste 9041 Santa Ana, CA 92701-4593 |
| Michael J. Hauser, Esq. - Office of the United States Trustee | 411 W. Fourth St., Ste 9041 Santa Ana, CA 92701-4593 |

## 20 Largest Unsecured Creditors:

| CREDITOR | ADDRESS |
|---|---|
| Vascular Resources Inc. | 22972 Ariia Mission Viejo, CA 92691 |
| Camilla Lynch Leslie, trustee of the Camilla Lynch Leslie Living Trust | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Cammy Leslie, trustee of the Cammy Leslie Inc. Defined Benefit Pension Plan | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Dan/Wil Trust | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| John and/or Judith DeLong | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Nicholas A Rowson and/or Debra R. Rowson | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Victoria Korporral | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| William E. Broza | c/o William E. Broza, 30872 Calle Moraga, Laguna Niguel, CA 92677 |
| Anil Shah, MD | 2621 S Bristol St, #108, Santa Ana, CA |
| Amer Zarka, MD | 2621 S Bristol St, #108, Santa Ana, CA |
| Rodrigo Covarrubias, MD | 24856 Buckboard Ln, Laguna Hills, CA 92653 |
| Gary Savlov | 22972 Ariia Mission Viejo, CA 92691 |
| Anthony Pings | 6121 N Thesta St Ste 301 Fresno, CA 93710 |
| Control Air Conditioning | 5200 La Palma Ave, Anaheim, CA 92807-2019 |
| Alcon Laboratories | Alcon Laboratories, Inc. P.O. Box 951125 Dallas, TX 75395-1125 |
| Trumpf Group | 415 Jessen Lane Charleston SC 29482 |
| Wolters Kluwer - ProVation Medical | ProVation Medical 800 Washington Ave North Suite 400 Minneapolis, MN 55401 |
| Steris Corp. | 5960 Heisley Road Mentor OH 44060-1834 |
| McKesson Corporation | McKesson Medical Surgical P.O Box 933027 Atlanta, GA 31193-3027 |

[continued]

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010          **F 9013-3.1.PROOF.SERVICE**          **Page 22**

**Secured Creditors:**

| CREDITOR | ADDRESS |
|---|---|
| Plaza Bank of California | c/o Steven Casselberry, Esq. Mark Faulkner, Esq. Michaleman & Robinson, LLP 17901 Von Karman Avenue 10th Fl. Irvine, CA 92614 |
| Phillips Medical Capital, Inc. | 1111 Old Eagle School Road Wayne, PA 19087 |
| Stearns Bank, N.A. | 500 13th Street Albany, MN 55458-0337 |
| US Bancorp | PO Box 580337 Minneapolis, MN 55458-0337 |
| Alcon Laboratories, Inc. | 6201 S. Freeway Fort Worth, TX 76134 |
| Cardinal Health | 7000 Cardinal Place Dublin, OH 43017 |

## III. SERVED VIA EMAIL

- Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Caroline Djang    cdjang@rutan.com
- Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Eric J Fromme    efromme@rutan.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael D Good    mgood@southbaylawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- Thomas E Shuck    malvarado@pmcos.com, malvarado@pmcos.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com, goceguera@wall-law.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                **F 9013-3.1.PROOF.SERVICE**                **Page 23**

| | |
|---|---|
| In re: Renaissance Surgical Arts at Newport Harbor, LLC | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:11-bk-19749-SC |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 21535 Hawthorne Blvd. Ste. 210, Torrance CA 90503

A true and correct copy of the foregoing document described **NOTICE OF HEARING RE: (1) SETTING/INCREASING INSIDER COMPENSATION; (2) APPLICATION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR ORDER AUTHORIZING THE EMPLOYMENT OF XROADS SOLUTIONS GROUP, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Christopher L Blank    clblank@pacbell.net
- Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Caroline Djang    cdjang@rutan.com
- Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Eric J Fromme    efromme@rutan.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael D Good    mgood@southbaylawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- Thomas E Shuck    malvarado@pmcos.com, malvarado@pmcos.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com, goceguera@wall-law.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 31, 2011 I caused to be served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re: Renaissance Surgical Arts at Newport Harbor, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:11-bk-19749-SC |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 31, 2011 | Michael D. Good | /S/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**

*In re Renaissance Surgical Arts at Newport Harbor, LLC*
**Case No. 8:11-bk-19749-SC**

**Secured Creditors**

| Creditor | Address | Method of Service |
|---|---|---|
| Phillips Medical Capital, Inc. | 1111 Old Eagle School Road<br>Wayne, PA 19087 | ☐Fax<br>☐Overnight<br>☒US Mail |
| Stearns Bank, N.A. | 500 13th Street<br>Albany, MN 56307 | ☐Fax<br>☐Overnight<br>☒US Mail |
| US Bancorp | PO Box 580337<br>Minneapolis, MN 55458-0337 | ☐Fax<br>☐Overnight<br>☒US Mail |
| Alcon Laboratories, Inc. | 6201 S. Freeway<br>Fort Worth, TX 76134 | ☐Fax<br>☐Overnight<br>☒US Mail |
| Cardinal Health | 7000 Cardinal Place<br>Dublin, OH 43017 | ☐Fax<br>☐Overnight<br>☒US Mail |

**Committee of Unsecured Creditors**

| Creditor | Address | Method of Service |
|---|---|---|
| Control Air Conditioning Corporation | c/o Jeffrey D. Hook, Esq.<br>Salamirad Morrow P.C.<br>19200 Von Karman Avenue, Suite 400<br>Irvine, CA 92612 | ☐Fax<br>☐Overnight<br>☒US Mail |
| ProVation Medical, Inc. | Mark Zimmerman<br>800 Washington Ave. North<br>Suite 400<br>Minneapolis, MN 55401 | ☐Fax<br>☐Overnight<br>☒US Mail |
| Dr. Dan Tran | c/o Christopher L. Blank, Esq.<br>4675 MacArthur Court<br>Suite 550<br>Newport Beach, CA 92660 | ☐Fax<br>☐Overnight<br>☒US Mail |
| William E. Broza | 30872 Calle Moraga<br>Laguna Niguel, CA 92677 | ☐Fax<br>☐Overnight<br>☒US Mail |
| Anthony C. Pings & Associates | Anthony C. Pings<br>6121 N. Thesta<br>Suite 301<br>Fresno, CA 93710 | ☐Fax<br>☐Overnight<br>☒US Mail |

*In re Renaissance Surgical Arts at Newport Harbor, LLC*
**Case No. 8:11-bk-19749-SC**

**Parties in Interest and Parties Requesting Special Notice**

| Creditor | Address | Method of Service |
|----------|---------|-------------------|
| Ali Salamirad | 19200 Von Karman Ave Ste 400<br>Irvine, CA 92612 | ☐Fax<br>☐Overnight<br>☒US Mail |
| Anil V. Shah, MD | c/o R. Gibson Pager, Jr.<br>Pager & Miller<br>525 N. Cabrillo Park Dr., Ste. 104<br>Santa Ana, CA 92701 | ☐Fax<br>☐Overnight<br>☒US Mail |