**United States Bankruptcy Court**
**For the Central District of California**
**Santa Ana Division**

In re:   Renaissance Surgical Arts at Newport Harbor, LLC                                    Case No.   8:11-bk-19749-ES
                    Debtor

# NOTES TO SCHEDULES OF ASSETS AND LIABILITIES
# AND STATEMENT OF FINANCIAL AFFAIRS

Renaissance Surgical Arts at Newport Harbor, LLC (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules and Statements have been prepared by the Debtor's management and are unaudited. While management of the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements which would warrant amendment of same. Except as noted, the assets and liability data contained in the Schedules and Statements are reflected at net book value as of July11, 2011, date of the Order for Relief under Chapter 11 case (the "Commencement Date").

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification.

Certain claims listed in this Schedule may be designated as contingent, unliquidated and/or disputed.  A failure to designate a claim on this Schedule F as contingent, unliquidated and/or disputed does not constitute an admission that such claim is not subject to objection.  The Debtor reserves the right to dispute or assert offsets or defenses to any claim reflected on the Schedule F as to nature, amount, liability or status.

While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate and expects it will do so as information becomes available.

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise noted, the carrying value on the Debtor's books, rather than the current market values, of the Debtor's interest in property is reflected on the Debtor's Schedules and Statements.

**The Debtor maintains a number of bank accounts in its ordinary course of business. The bank accounts include without limitation depository, operating and distribution accounts ("Bank Accounts"). Prior to the Commencement Date the Debtor had Bank Accounts with Commerce West Bank, Plaza Bank, Sunwest Bank and Wells Fargo. In addition to these Bank Accounts, Debtor also utilized an affiliated non-debtor account with Security Bank ("Security Bank") pursuant to its management agreement with Renaissance Surgical Arts Management at Newport Harbor, LLC (Affiliated Non-Debtor) to collect receipts and facilitate disbursements.  It is management's position that Affiliated Non-Debtor is an agent of the Debtor with respect to the Debtor's funds in Security Bank and that such receipts and disbursements net to zero.**

**The Schedules and Statements disclose the balance of the affiliated non-debtor account with Security Bank for informational purposes and do not represent that the Security Bank account is itself an asset of the debtor.  However, Schedule B includes the balance of such account, and the Debtor's Statement of Financial Affairs lists (i) payments made to and from such account within the 90 day period preceding the Commencement Date, if such payments were processed within such period; and (ii) any payments to insiders processed through Security Bank within one year period preceding the Commencement Date.**

Form 6 - Summary
(10/06)

# United States Bankruptcy Court
## Central District of California
## Santa Ana Division

In re: Renaissance Surgical Arts at Newport Harbor, LLC    Case No. 8:11-bk-19749-ES
Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $0.00 | | |
| B - Personal Property | Yes | 18 | $8,251,677.33 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $201,904.80 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $0.00 |
| Total Number of sheets in all schedules | | 55 | | | |
| Total Assets | | | $8,251,677.33 | | |
| Total Liabilities | | | | $201,904.80 | |