Eric J. Fromme (State Bar No. 193517)
efromme@rutan.com
Caroline R. Djang (State Bar No. 216313)
cdjang@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Creditor
PACIFIC MEDICAL PLAZA, L.P.

FILED & ENTERED

SEP 23 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC,

Debtor.

Case No. 8:11-bk-19749-SC

Chapter 11

**ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

Hearing:
Date:  September 22, 2011
Time:  10:00 a.m.
Ctrm:  5C
       411 W. Fourth Street
       Santa Ana, California 92701

The emergency motion of Pacific Medical Plaza, L.P. for an order converting the Chapter 11 case of the debtor, Renaissance Surgical Arts at Newport Harbor, LLC, to one under Chapter 7, or alternatively, for the appointment of a chapter 11 trustee (the "*Motion*"), came on for hearing on September 22, 2011, before the Honorable Scott C. Clarkson, United States Bankruptcy Judge, in Courtroom 5C of the United States Bankruptcy Court, Santa Ana Division.

The appearances of counsel were as noted on the record.

Rutan & Tucker, LLP
attorneys at law

2562/021429-0016
2344690.1 a09/23/11

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE

-1-

1  The Court having reviewed and considered the Motion, and having heard and
2 considered the arguments and statements of counsel with respect to the Motion, the
3 declarations filed and the testimony heard at the hearing, and the Court finding that
4 appointment of a chapter 11 trustee is in the best interest of creditors; and finding that
5 notice and service were proper and appropriate pursuant to Local Bankruptcy Rule
6 9075-1(a), for reasons set forth on the record,

7  **IT IS HEREBY ORDERED** that:

8  1.  The Motion is granted with respect to the appointment of a chapter 11
9 trustee.

10  2.  The United States Trustee for the Central District of California shall
11 promptly, after entry of this Order, appoint a trustee in the above-captioned chapter 11
12 case pursuant to 11 U.S.C. § 1104.

13  ###

DATED: September 23, 2011

_____
United States Bankruptcy Judge

Rutan & Tucker, LLP
attorneys at law

2562/021429-0016
2344690.1 a09/23/11

ORDER DIRECTING APPOINTMENT OF
CHAPTER 11 TRUSTEE

-2-

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 23, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christopher L Blank    clblank@pacbell.net
- Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Caroline Djang    cdjang@rutan.com
- Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Eric J Fromme    efromme@rutan.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Michael D Good    mgood@southbaylawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- David M Poitras    dpoitras@jmbm.com
- Thomas E Shuck    malvarado@pmcos.com, malvarado@pmcos.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com, goceguera@wall-law.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Ali Salamirad
19200 Von Karman Ave Ste 400
Irvine, CA 92612

Renaissance Surgical Arts at Newport Harbor, LLC
1640 Newport Blvd
Costa Mesa, CA 92627

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                      **F 9021-1.1.NOTICE.ENTERED.ORDER**