1  PETER ANDERSON
   United States Trustee
2  **FRANK CADIGAN (Bar no. 95666)**
   **Assistant U.S. Trustee**
3  OFFICE OF THE U.S. TRUSTEE
   RONALD REAGAN FEDERAL BLDG. &
4      UNITED STATES COURTHOUSE
   411 W. Fourth Street, Ste. 9041
5  Santa Ana, CA  92701-8000
   Telephone: (714) 338-3400
6  Fax: (714) 338-3421
   Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| **RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC** | CASE NUMBER: **8:11-bk-19749-SC** |
| | APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE |
| Debtor. | (No Hearing Required) |

   The United States Trustee hereby applies to the Court pursuant to FRBP 2007.1 for an Order Approving the Appointment of Chapter 11 Trustee, and in support thereof, states:

   1.   The United States Trustee has appointed **John R. Seitz** as Chapter 11 Trustee in the above-captioned case.

   2.   The United States Trustee has consulted with the following parties in interest regarding the appointment of the Chapter 11 trustee:

   (X)   Steven Casselberry, counsel for Plaza Bank

   (X)   Eric J. Fromme, counsel for Pacific Medical Plaza

   (X)   Thomas E. Shuck, counsel for Wells Fargo

1    (X) Chris Blank, counsel for committee member, Dr. Tran,
2         and three other doctors
3    (X) Rob Goe, Esq., counsel for the petitioning creditors
4    (X) Michael D. Good, Esq., counsel for the Debtor

5    3.   To the best of the Applicant's knowledge, the Chapter 11 trustee's connection with the debtor, creditors, any other parties in interest, their respective attorney and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in the Chapter 11 trustee's attached Verified Statement.

WHEREFORE, Applicant requests that the Court enter an Order Approving the Appointment of **John R. Seitz** as Chapter 11 trustee in the above-captioned case.

DATED: 9/23/11            Respectfully submitted,
                          OFFICE OF THE UNITED STATES TRUSTEE

                          /s/ Frank Cadigan
                          ─────────────────────
                          Frank Cadigan
                          Assistant United States Trustee

-2-

JOHN SEITZ
Spalding Surgical Center of Beverly Hills
120 South Spalding Drive, Suite 301
Beverly Hills, CA 90212-1841
Los Angeles, California 90067-4100
Telephone: 862/268-1682
Facsimile: 310/201-0760
E-mail: jseitz@ambulatorysurgicalgroup.com

[Proposed] Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC<br><br>Debtor | Case No.: Case No.: 8:11-19749 SC<br><br>Chapter 11<br><br>**STATEMENT OF DISINTERESTEDNESS AND ACCEPTANCE OF APPOINTMENT AS CHAPTER 11 TRUSTEE**<br><br>[No Hearing Required] |

I, John R. Seitz, declare as follows:

1. I am the proposed Chapter 11 Trustee of the above-entitled case. I am the Chief Executive Officer of Ambulatory Surgical Group ("ASG"). ASG is a surgical center development and management company that manages surgical centers nationally and, additionally, specializes in restructuring and turnaround situations. Attached hereto as Exhibit A is my resume.

2. The following testimony is within my personal knowledge and if called upon to testify, I could and would competently testify thereto.

3. I am informed and believe that I meet the criteria in 11 U.S.C. § 321 in that I (a) have an office in the judicial district in which this case is pending at 120 South Spalding Drive, Suite 301, Beverly Hills, CA 90212-1841, and (b) have not served as an examiner in the above-entitled case.

4. I will comply with the requirement of 11 U.S.C § 322 by having a bond filed with the Bankruptcy Court of the United States which is conditioned upon my faithful performance of my official duties.

5. I am not a creditor, equity security holder, or insider of the above-entitled estate. Neither I nor ASG has any connection with any creditor, equity security holder or insider of the above-entitled estate other than as described below. I have no conflicts of interest.

6. As I have disclosed to the United States Trustee and to the creditors present after the Court hearing on September 22, 2011, I am acquainted with Bruce Wallace. I met him about four years ago and have had casual conversations with him, but have had no business dealings with him. Several weeks ago Bruce Wallace called and discussed the bankruptcy case and the Center's general situation and asked me for a recommendation as to bankruptcy counsel for Renaissance. I suggested Sam Maizel. That is the extent of my relationship with Bruce Wallace pre-dating the hearing of September 22, 2011. (Subsequently, on September 23, 2011, I visited the Debtor's premises and met with Mr. Wallace to begin work on the Debtor's affairs.)

7. I will separately submit an application for an order approving the employment of ASG as my consultant. That application will provide that the fee of myself as Trustee, determined in accordance with 11 U.S.C. § 330, and the fee of ASG, taken together, will be a flat fee of $50,000 per month (which does not include management of the Center which is currently being done by Bruce Wallace). I understand that secured creditors have agreed to a carve-out for $50,000 per month for myself and ASG and a similar amount for my counsel. I plan to file a Knudsen motion putting into place procedures for monthly compensation.

8. To the best of my knowledge, I do not have an interest materially adverse to the interest of the estate.

## ACCEPTANCE OF APPOINTMENT

I, JOHN R. SEITZ, hereby accept the appointment of Chapter 11 Trustee in the matter of RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC , Case No. 8:11-19749 SC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of September, 2011 at _____.

_____
JOHN R. SEITZ

EXHIBIT A



**John R. Seitz**
**Ambulatory Surgical Group**
**Co-founder, Chairman & CEO**

Suited to his role as CEO of Ambulatory Surgical Group, John is a high-energy entrepreneur and leader with the proven ability to develop and grow a business. John's skills include strategic planning, effective communication, problem solving and the ability to motivate people.

For over twenty-five years, John has focused in the healthcare industry, earning the respect of physicians and industry executives. John oversees business development, the operational and financial management of all ambulatory surgical centers, and central business office services. John is widely recognized in the ASC industry as a developer and manager of denovo ASC projects. He has been a presenter at numerous conferences including MWE ASC conference and the ASC 100. John has an extensive network of contacts in the industry.

Prior to Ambulatory Surgical Group, John has been a founder and either the CEO or President of three successful start-up companies in the healthcare industry. Most recently, John was the one of the founders and President of Surgem, LLC and was responsible for building this ASC company from start-up to success ($0 in revenue to a current run-rate in excess of $50M consolidated) in less than three years. During his time at Surgem, John recruited the management team, directed the development and operation of 8 ASC projects from planning through syndication to operations and was responsible for the acquisition and turn-around of one "underperforming center". Prior to Surgem, John was founder and CEO of Cornerstone Physicians, a nationally recognized medical practice management company. John is a graduate of the Harvard Business School Owners and Presidents Management program and has attended Western State University College of Law.



Ex. "A"



**Corporate Overview**

Ambulatory Surgical Group, LLC (ASG) is a surgical center development and management company headquartered in New Jersey. ASG has spent the last several years specializing in restructuring and turnaround situations and has an established track record of results.

The CEO and Founder of ASG, John Seitz, has led and directed:

The restructuring and turnaround of Spalding Surgical Center of Beverly Hills (formerly S&B Surgery Center). This included:
- Operating the company through a Chapter 11 Bankruptcy
- Syndication to new physicians (25)
- Negotiating favorable vendor relationships (pre and post BK)
- Negotiating strong payor contracts (in-network)
- Making adjustments to staff, scheduling, inventory, purchasing, billings and collections to increase revenues and improve profitability.
- Worked with BK professionals to confirm reorganization plan within 9 months of initial filing.
- ASG continues to manage the operations of this facility and provides all revenue cycle management services (billings and collections)
- This center is now performing approximately 700 cases each month (ortho, spine, pain and GI) with revenues in excess of $15M per year.

The restructuring of Peninsula Surgical Center (Bayonne, NJ). This included:
- Design and syndication of private placement offering
- Secured non-recourse financing for operational and equipment loans
- Supervise the licensing and opening of the facility
- ASG continues to manage the operations of this facility and provides all revenue cycle management services.

The construction, syndication, operations and management of 8 new surgical centers in NJ and two in FL (under Surgem, LLC).

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH ST., #9041,, SANTA ANA, CA 92701

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Christopher L Blank    clblank@pacbell.net
- Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Caroline Djang    cdjang@rutan.com
- Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Eric J Fromme    efromme@rutan.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Michael D Good    mgood@southbaylawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- David M Poitras    dpoitras@jmbm.com
- Thomas E Shuck    malvarado@pmcos.com, malvarado@pmcos.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com, goceguera@wall-law.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 26, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Renaissance Surgical Arts at Newport Harbor, LLC, 1640 Newport Blvd, Costa Mesa, CA 92627

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 26, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Clarkson—bin outside Rm 5097

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| SEPTEMBER 26, 2011 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**