PETER C. ANDERSON
United States Trustee
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Michael.Hauser@usdoj.gov

FILED & ENTERED

SEP 27 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

Renaissance Surgical Arts at Newport Harbor, LLC

Debtor.

CASE NUMBER:  8:11-bk-19749-SC

CHAPTER 11

ORDER APPROVING APPLICATION FOR THE APPOINTMENT OF CHAPTER 11 TRUSTEE

DATE:  NO HEARING REQUIRED
TIME:
CTRM:   5C

Upon consideration of the Application for the Appointment of a Chapter 11 Trustee (see Application which has been filed with court and appears as docket item # 154) by the United States Trustee for Region 16 ("U.S. Trustee") and good cause appearing therefore:

//

//

//

**IT IS HEREBY ORDERED THAT** the U.S. Trustee's Application for the Appointment of a Chapter 11 Trustee is approved and John R. Seitz is appointed as the Chapter 11 Trustee in the above captioned case.

**IT IS SO ORDERED**.

###

DATED: September 27, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING APPLICATION FOR THE APPOINTMENT OF CHAPTER 11 TRUSTEE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 26, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christopher L Blank    clblank@pacbell.net
- Steven Casselberry    scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Caroline Djang    cdjang@rutan.com
- Mark S Faulkner    mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com
- Eric J Fromme    efromme@rutan.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Marshall F Goldberg    mgoldberg@glassgoldberg.com
- Michael D Good    mgood@southbaylawfirm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- R G Pagter    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- David M Poitras    dpoitras@jmbm.com
- Thomas E Shuck    malvarado@pmcos.com, malvarado@pmcos.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- William J Wall    wwall@wall-law.com, goceguera@wall-law.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

John Seitz, Spalding Surgical Center of Beverly Hills, 120 S. Spalding Dr., #301, Beverly Hills, CA  90212-1841

Renaissance Surgical Arts at Newport Harbor, LLC, 1640 Newport Blvd, Costa Mesa, CA 92627

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

I