Samuel R. Maizel (CA Bar No. 189301)
Mary D. Lane (CA Bar No. 071592)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  smaizel@pszjlaw.com
         mlane@pszjlaw.com
         tkapur@pszjlaw.com

[Proposed] Attorneys for Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RENAISSANCE SURGICAL ARTS AT NEWPORT HARBOR, LLC | Case No.: Case No.: 8:11-19749-SC<br><br>Chapter 11<br><br>**DECLARATION OF JOHN R. SEITZ IN SUPPORT OF APPLICATION OF CHAPTER 11 TRUSTEE TO EMPLOY AMBULATORY SURGICAL GROUP, LLC AS MANAGER NUNC PRO TUNC TO SEPTEMBER 23, 2011**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PER L.B.R. 2014-1(b)] |

I, John R. Seitz, declare and state as follows:

1. I am the duly appointed Chapter 11 Trustee ("Trustee") of the above-named debtor and Chief Executive Officer of Ambulatory Surgical Group ("ASG") and am authorized to make this declaration on ASG's behalf.

2. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could and would competently testify as to all of the matters stated herein.

3. I make this declaration in support of the Application (the "Application") filed by the Chapter 11 Trustee to employ ASG as manager to the Trustee.

4. The name, address and telephone number of ASG are as follows:

        Ambulatory Surgical Group, LLC
        120 South Spaulding Drive, Suite 303
        Beverly Hills, California 90212
        Telephone: (862) 268-1682
        Email: jseitz@ambulatorysurgicalgroup.com

5. As Trustee, I seek Court approval to retain ASG, effective as of September 23, 2011, at the expense of the Debtor's estate to provide overall management services to the Trustee. ASG will provide me with high-level support for my efforts to restructure the Surgical Center, and, if appropriate, will implement changes to the operations and systems of the Debtor. I am the founder, chairman and CEO of ASG, and as such, I am very familiar with the operations of ASG. ASG is widely recognized in the surgical center industry and has overseen the operational and financial management, central business office services, and business development for a number of ambulatory surgical centers. ASG's depth of experience in the ambulatory surgical center industry makes it particularly qualified to represent the Trustee. More information regarding ASG can be found on its website at www.ambulatorysurgicalgroup.com.

6. Upon my appointment as the Trustee, I identified serious concerns regarding the Debtor's management and billing systems and took immediate steps to triage problems on a temporary basis. I am evaluating the Debtor's operations and records to develop a strategy for exiting bankruptcy.

7. The Debtor's prior manager, Bruce Wallace, has voluntarily ceased providing day-to-day operations of the Surgical Center, and at this time Mr. Wallace does not have access to the Debtor's computers, servers, or billing or accounting systems.

8. During the month of October, I will evaluate the skills of existing staff and determine the most efficient and effective way to manage the Surgical Center's operations going forward. At this time, I seek to employ ASG for general high-level management of the Surgical Center. Due to the vacancy left by Mr. Wallace's departure, I would like to employ ASG on a temporary basis to help manage the daily operations of the Surgical Center. I anticipate that by the end of October, I will request authority to either broaden ASG's responsibility to include daily operations of the Surgical Center, or retain another manager to perform those duties.

9.  The proposed compensation provides that the fee of myself as Trustee, determined in accordance with 11 U.S.C. § 330, and the fee of ASG, taken together, will be a flat fee of $50,000 per month. I understand that secured creditors have agreed to a carve-out the $50,000 per month for me and ASG and a similar amount for my counsel. It is contemplated that ASG will be paid in the ordinary course of business but will seek final approval of its compensation during the case as permitted by sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. ASG understands that its final compensation in the Case is subject to the prior approval of this Court. No final compensation will be paid except upon application to and approval by this Court after notice and a hearing in accordance with sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

10. To the best of my knowledge, neither ASG nor any of its members has any connection with the Debtor, any creditors of the estate, any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except to the extent set forth in this declaration.

11. To the best of my knowledge, neither ASG nor any of its members, officers or directors is a creditor, equity security holder, or an "insider" of the Debtor as that term is defined in section 101(31) of the Bankruptcy Code.

12. To the best of my knowledge, neither ASG nor any of its members, officers or directors is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtor.

13. To the best of my knowledge, ASG is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and ASG does not hold any interest adverse to the estate.

14. To the best of my knowledge, the Firm does not employ any person that is related to a judge of this Court or the United States Trustee for this region.

15. As disclosed in the Application, I advised the United States Trustee and the creditors present after the Court hearing on September 22, 2011, that I am acquainted with Bruce Wallace. I met him about four years ago and have had casual conversations with him, but have had no business dealings with him. Several weeks ago Bruce Wallace called and discussed the bankruptcy case and

3

the Center's general situation and asked me for a recommendation as to bankruptcy counsel for Renaissance. I suggested Sam Maizel. That is the extent of my relationship with Bruce Wallace pre-dating the hearing of September 22, 2011. (Subsequently, on September 23, 2011, I visited the Debtor's premises and met with Mr. Wallace to begin work on the Debtor's affairs.)

16. In addition, ASG and I were involved in the successful chapter 11 reorganization case of S&B Surgery Center, in which case Samuel Maizel and Teddy Kapur of Pachulski Stang Ziehl & Jones LLP represented S&B Surgery Center as counsel for the debtor in possession.

17. Notwithstanding the foregoing, I do not believe that any of the relationships described herein will in any way impair ASG's independence or ability to objectively perform the required services for me.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 3 day of Oct 2011, at _____.

John R. Seitz

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as **DECLARATION OF JOHN R. SEITZ IN SUPPORT OF APPLICATION OF CHAPTER 11 TRUSTEE TO EMPLOY AMBULATORY SURGICAL GROUP, LLC AS MANAGER NUNC PRO TUNC TO SEPTEMBER 23, 2011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 5, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **October 5, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
Hon. Scott C Clarkson
United States Bankruptcy Court - Central District of California
411 West Fourth Street
Bin outside Suite 5130
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 5, 2011 | Sophia L. Lee | /s/ *Sophia L. Lee* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

DOCS_LA:245602.2 73834-001

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**8:11-bk-19749-SC Notice will be electronically mailed to:**

Christopher L Blank on behalf of Creditor Dan Tran
clblank@pacbell.net

Steven Casselberry on behalf of Creditor Plaza Bank
scasselberry@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com

Henry S David on behalf of Creditor John Petraglia
hdavid@swlaw.com, hdavid@swlaw.com

Caroline Djang on behalf of Creditor Pacific Medical Plaza, L.P.
cdjang@rutan.com

Mark S Faulkner on behalf of Creditor Plaza Bank
mfaulkner@mrllp.com, fbaig@mrllp.com;jjacobs@mrllp.com

Eric J Fromme on behalf of Creditor Pacific Medical Plaza, L.P.
efromme@rutan.com

Robert P Goe on behalf of Petitioning Creditor Dr Gary Reiter
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

Marshall F Goldberg on behalf of Creditor PHILLIPS MEDICAL CAPITAL
mgoldberg@glassgoldberg.com

Michael D Good on behalf of Debtor In Possession Renaissance Surgical Arts at Newport Harbor, LLC
mgood@southbaylawfirm.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

Teddy M Kapur on behalf of Trustee John Seitz (TR)
tkapur@pszjlaw.com

Mary D Lane on behalf of Trustee John Seitz (TR)
mlane@pszjlaw.com

Samuel R Maizel on behalf of Trustee John Seitz (TR)
smaizel@pszjlaw.com, smaizel@pszjlaw.com

R G Pagter on behalf of Creditor Coastal Heart Medical Group
gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com

David M Poitras on behalf of Financial Advisor XRoads Solutions Group, LLC
dpoitras@jmbm.com

Thomas E Shuck on behalf of Interested Party Wells Fargo Equipment Finance, Inc.
malvarado@pmcos.com, malvarado@pmcos.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

William J Wall on behalf of Interested Party Congero Development, LLC
wwall@wall-law.com, goceguera@wall-law.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

See attached service list.

**Renaissance Surgical Arts at Newport Harbor, LLC**
**U.S.B.C. C.D. Cal., Santa Ana Div., Case No. 8:11-bk-19749-ES**
<u>**2002 Service List**</u>
**(with emails, telephone and fax)**

**<u>Debtor</u>**
Renaissance Surgical Arts at Newport Harbor, LLC
1640 Newport Boulevard
Costa Mesa, CA  92627-3786

**<u>Office of the United States Trustee</u>**
Office of the United States Trustee
c/o Michael J. Hauser, Esq.
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701-4593
Telephone:  714-338-3417
Fax : 714-338-3421

**<u>Committee Member</u>**
Dr. Dan Bao Tran
c/o Christopher L. Blank, Esq.
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660

**<u>Committee Member</u>**
William E. Broza
30872 Calle Moraga
Laguna Niguel, CA 92677

**<u>Committee Member</u>**
Control Air Conditioning Corporation, Air Conditioning Control Systems, Inc. and Control Air Conditioning Serv.
c/o Ali Salamirad / Jeffrey D. Hook
Salamirad Morrow P.C.
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612
Telephone:  949/477-8068
Fax:  949/477-8069
Email:  as@salamiradmorrow.com

**<u>Committee Member</u>**
ProVation Medical, Inc.
c/o Mark Zimmerman
800 Washington Avenue North, Suite 400
Minneapolis, MN 55401
Telephone:  612/313-1500

**<u>Counsel for Committee Member, Anthony C. Pings and Petitioning Creditors Vascular Resources Inc. and Dr Gary Reiter</u>**
Robert P. Goe
Goe & Forsythe, LLP
18101 Von Karman, Suite 510
Irvine, CA  92612
Telephone:  949/798-2460
Fax:  949/955-9437
Email:  kmurphy@goeforlaw.com

**GOVERNMENT AGENCIES**

California Secretary of State
Business Division
1500 11th Street
Sacramento, CA  95814

City of Costa Mesa
77 Fair Drive
Costa Mesa, CA  92626

DOCS_LA:245361.1 73834-001

| | |
|---|---|
| Delaware Secretary of State<br>Division of Corporations<br>P.O. Box 898<br>Dover, DE 19903 | Department of the Treasury<br>Internal Revenue Service<br>Fresno, Ca 93888 |
| Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257 | Orange County – County Recorder<br>12 Civic Center Plaza, Suite 123<br>Santa Ana, Ca 92701 |

**SECURED CREDITORS**

| | |
|---|---|
| Alcon Laboratories, Inc.<br>Attn: Legal Dept.<br>6201 S. Freeway<br>Fort Worth, TX 76134 | First Bank<br>Attn: President<br>4301 MacArthur Boulevard<br>Newport Beach, CA 92660 |
| Orange County Recorder<br>Attn: Manager<br>12 Civic Center Plaza, Suite 123<br>Santa Ana, CA 92701 | Pacific Coast National Bank<br>Attn: President<br>905 Calle Amanecer, Suite 100<br>San Clemente, CA 92673 |
| Cardinal Health<br>Attn: Jennifer Touve<br>7000 Cardinal Place<br>Dublin, OH 43017<br>Telephone: (614) 553-3139<br>Facsimile: (614) 652-8784<br>jennifer.touve@cardinalhealth.com | **Counsel for Phillips Medical Capital, Inc.**<br>Marshall F. Goldberg<br>Glass & Goldberg<br>21700 Oxnard Street, Suite 430<br>Woodland Hills, CA 91367<br>Telephone: (822) 247-1922<br>Facsimile: (320) 845-4982<br>Email: dpoitras@jmbm.com |
| **Counsel for Plaza Bank of California**<br>Steven Casselberry, Esq.<br>Mark Faulkner, Esq.<br>Michelman & Robinson, LLP<br>17901 Von Karman Avenue, 10th Fl.<br>Irvine, CA 92614<br>Telephone: (714) 557-7990<br>Facsimile: (714) 557-7991<br>Email: mfaulkner@mrllp.com | **Counsel for Wells Fargo Equipment Finance, Inc.**<br>Thomas E. Shuck, Esq.<br>Parker, Milliken, Clark, O'Hara & Samuelian<br>555 S. Flower Street, 30th Floor<br>Los Angeles, CA 90071-2440<br>Telephone: (213) 683-6500<br>Facsimile: (213) 683-6669 |
| Stearns Bank, N.A.<br>Attn: President<br>500 13th Street<br>Albany, MN 56307 | US Bancorp<br>Attn: President<br>1450 Channel Parkway<br>Marshall, MN 56258-4005 |

DOCS_LA:245361.1 73834-001

**INTERESTED PARTIES AND PARTIES REQUESTING SPECIAL NOTICE**

**Creditor**
Ali Salamirad
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612

**Counsel for Bruce Wallace and Kathryn Wallace and Congero Development, LLC**
William J. Wall
The Wall Law Office
A Professional Corporation
9900 Research Drive
Irvine, CA 92618

**Counsel for Creditor Pacific Medical Plaza, LP**
Eric J. Fromme, Esq.
Caroline R. Djang, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626-1931
Telephone: 714/641-5100
Fax: 714/546-9035

**Counsel for Creditor Anil V. Shah, M.D. Amer R. Zarka, and Coastal Heart Medical Group**
R. Gibson Pagter, Jr.
Pagter & Miller
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: 714/541-6072
Fax: 714/541-6897
Email: gibson@pagterandmiller.com

**Counsel for John F. Petragalia**
Henry S. David
The David Firm
617 West 7th Street, Suite 702
Los Angeles, CA 90017
Telephone: 213/550-4020
Facsimile: 213/550-4010
Email: hdavid@davidfirm.com

**Counsel for Creditors Dr's. Tran, McGuire, Brame, Eifrig**
Christopher L. Blank, Esq.
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: 949/250-4600

SoCal Edison
Attn: Legal Dept.
2244 Walnut Grove Avenue
Rosemead, CA 91770
Telephone: 626-302-1212

SoCal Gas
Attn: Legal Dept.
555 West Fifth Street
Los Angeles, Ca 90013
Telephone: 213/244-1200

DOCS_LA:245361.1 73834-001